RECEIVED

SEP - 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JAMES CALVIN MITCHELL | CIVIL ACTION NO. 13-1984 |
| versus | JUDGE TOM STAGG |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE KAREN L. HAYES |

## ORDER

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Record Document 15) is **ADOPTED IN PART AND REJECTED IN PART.** The court **ADOPTS** the magistrate judge's characterization of the facts in this case. The court **REJECTS** the analysis and recommendation contained within the Report and Recommendation to the extent that it finds the errors committed by the administrative law judge ("ALJ") were harmless. The court **REMANDS** this case to the ALJ for further proceedings consistent with the court's ruling.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 5th day of September, 2014.

_____
JUDGE TOM STAGG